UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS WHITE,
Plaintiff,

-v-

BURLINGTON COAT FACTORY, INC.,
Defendant.

No. 1:24-cv-805

Honorable Paul L. Maloney

**ORDER**

The parties filed two identical documents (ECF Nos. 12 and 13) indicated that they have settled this dispute. The filers used the "notice" event for the first document and the "motion" event for the second document. The documents use the word "motion" in the titles.

The Court construes both documents as stipulations to dismiss this lawsuit under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The documents inform the Court that the parties have settled the lawsuit and that Plaintiff voluntarily dismisses the action. Both parties signed the documents. Stipulated dismissals under Rule 41(a)(1)(A)(ii) are "self-executing orders" that do not require judicial approval. *Green v. Nevers*, 111 F.3d 1295, 301 (6th Cir. 1997) (citation omitted).

Accordingly, the Court **DISMISSES** as moot the motion for dismissal (ECF No. 13). This action is **TERMINATED. IT IS SO ORDERED.**

Date: February 10, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge